IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| MARTY HINTON, )<br>)<br>        Plaintiff, )<br>)<br>v. )<br>)<br>ATLANTIC UNION BANK, )<br>)<br>        Defendant. )<br>_____) | Civil Action No. 3:20cv0651 (JAG) |

## ORDER

At the request of the parties, for good cause, and with the consent of the presiding District Judge, it is hereby

ORDERED that all litigation activity in this case is stayed until July 20, 2021. This stay includes the date for completion of discovery, the dates for expert disclosures, and the date for filing any motion for summary judgment or class certification. The parties shall file their motion for preliminary approval of settlement and class certification and notice by no later than July 20, 2021.

Entered this 20th day of April, 2021.

                                                                                                                   /s/
                                                                                  John F. Anderson
                                                                                   United States Magistrate Judge
                                                                                  John F. Anderson

Alexandria, Virginia                                                United States Magistrate Judge