IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MARTY HINTON,
        Plaintiff,

v.                                                     Civil Action No. 3:20-cv-651

ATLANTIC UNION BANK,
        Defendant.

**ORDER**

This matter comes before the Court after a July 14, 2021 conference call with the parties. Atlantic Union Bank asks the Court to extend the stay of all litigation activity in this case until August 19, 2021. The Court GRANTS this request and extends the stay until August 19, 2021. This stay includes the date for completion of discovery, the dates for expert disclosures, and the date for filing any motions for summary judgment or class certification. The parties shall file their motion for preliminary approval of settlement, class certification, and notice no later than August 19, 2021.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 14 July 2021
Richmond, VA

/s/
John A. Gibney, Jr.
**United States District Judge**