IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **MARTY HINTON,**<br><br>individually and on behalf of all other similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>**ATLANTIC UNION BANK**,<br><br>Defendant. | Civil Action No. 3:20-cv-00651-JAG |

**PLAINTIFF'S UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Marty Hinton, under Rule 23(e)(2) of the Federal Rules of Civil Procedure, respectfully requests that this Court enter an order that will: (1) grant Preliminary Approval to the Settlement; (2) certify for settlement purposes the proposed Settlement Class, pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(3); (3) appoint Plaintiff Hinton as Class Representative; (4) approve the Notice plan set forth in the Agreement and approve the form and content of the Notices; (5) approve and order the opt-out and objection procedures set forth in the Agreement; (6) stay all deadlines in the Action against Atlantic Union pending Final Approval of the Settlement; (7) appoint as Class Counsel the law firms and attorneys identified herein; and (8) schedule a Final Approval Hearing. Defendant does not oppose this motion. In support of this Motion, Plaintiff attaches:

- **Att 1**: Memorandum in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement;

- **Att 2:** Declaration of Jeffrey D. Kaliel in Support of Motion for Preliminary

1

Approval of Class Action Settlement;

- **Att 3:** Settlement Agreement and Release;

- **Att 4:** Proposed Order Granting Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement

Date: August 23, 2021              */S/ Devon J. Munro*
                                   Devon J. Munro (VSB # 47833)
                                   MUNRO LAW PC
                                   PO Box 7205
                                   Roanoke, VA 24019
                                   Tel: 540-328-9416
                                   Fax: 540-328-9290
                                   dmunro@trialsva.com

                                   Jeffrey Kaliel*
                                   Sophia Gold*
                                   **KALIEL PLLC**
                                   1875 Connecticut Ave. NW 10th Floor
                                   Washington, D.C. 20009
                                   Tel: (202) 350-4783
                                   jkaliel@kalielpllc.com
                                   sgold@kalielpllc.com

                                   Lynn A. Toops*
                                   **COHEN & MALAD, LLP**
                                   One Indiana Square
                                   Suite 1400
                                   Indianapolis, IN 46204
                                   Tel: (317) 636-6481
                                   ltoops@cohenandmalad.com

                                   J. Gerard Stranch, IV*
                                   **BRANSTETTER, STRANCH**
                                   **& JENNINGS, PLLC**
                                   223 Rosa L. Parks Avenue, Suite 200
                                   Nashville, TN 37203
                                   Tel: (615) 254-8801
                                   gerards@bsjfirm.com

                                   Christopher D. Jennings*
                                   **THE JOHNSON FIRM**

2

610 President Clinton Avenue, Suite 300
Little Rock, AR 72201
Tel: (501) 372-1300
chris@yourattorney.com

*Admitted *Pro Hac Vice*

*Counsel for Plaintiffs and the Proposed Classes*

## CERTIFICATE OF SERVICE

   I certify that on August 23, 2021, a copy of the foregoing document, with attachments and exhibits set forth therein, were filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

                 */s/ Devon J. Munro*