IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MARTY HINTON,

    individually and on behalf of all other similarly situated individuals,

    Plaintiff,

v.

ATLANTIC UNION BANK,

    Defendant.

Civil Action No. 3:20-cv-00651-JAG

## ORDER ON JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND TO EXTEND STAY

This matter is before the Court on the Parties' Joint Motion for Extension of Time to File Motion for Preliminary Approval of Settlement and to Extend Stay. For good cause shown, the Court hereby **GRANTS** the motion. The Parties shall file their Motion for Preliminary Approval of Settlement on or before August 23, 2021. This matter shall remain stayed pending the filing of the Parties' Motion for Preliminary Approval of Settlement.

The Clerk is directed to send a copy of this Order to counsel of record.

Dated: August 23, 2021

/s/
John A. Gibney, Jr.
United States District Judge
Hon. John A. Gibney
United States District Court Judge