IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MARTY HINTON,
        Plaintiff,

v.                                            Civil Action No. 3:20-cv-651

ATLANTIC UNION BANK,
        Defendant.

## ORDER

This matter comes before the Court on its own initiative. On October 13, 2021, the Court granted the plaintiff's unopposed motion for preliminary approval of a class action settlement. (ECF No. 25.) The Court now adds the following provision to the Order: All unclaimed settlement funds will be disbursed to the Virginia Health Care Foundation as the *cy pres* designee.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 18 October 2021
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge